|          |                                                                 |
|----------|-----------------------------------------------------------------|
| **To:**  | The Honorable Max O. Cogburn, Jr.<br>U.S. District Court Judge |
| **From:**| Valerie G. Debnam<br>U.S. Probation Officer                    |
| **Subject:** | **Amy Derrick Alexander**<br>Case Number: 0419 3:12CR00152- 001<br>**OUT-OF-COUNTRY TRAVEL** |
| **Date:**| 8/9/2018                                                         |



**NORTH CAROLINA WESTERN MEMORANDUM**

Ms. Alexander appeared before Your Honor on August 28, 2013, for HUD Fraud and Aiding and Abetting Same in violation of 18:1010 and 2. Ms. Alexander was sentenced to five (5) years' probation. Her probation term began on August 28, 2013, in the Western District of North Carolina.

Ms. Alexander has submitted a request to travel to Nassau, Bahamas on the Carnival Ecstasy cruise ship for her company retreat. Ms. Alexander will leave on August 16, 2018 and will return on August 20, 2018. She will be staying on the cruise ship.

Ms. Alexander has maintained a stable residence an employment since she has been on probation. There have been no known incidents or noncompliance.

It is recommended that Ms. Alexander be allowed to travel to Nassau Bahamas on the Carnival Ecstasy cruise ship as long as she remains in compliance with her terms and conditions of probation.

Thank you for your attention in this matter, and should Your Honor have any questions, please contact my office at 704-350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: August 9, 2018

*Max O. Cogburn Jr*
United States District Judge